```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 26760
    DEIDRA AMOS
    TYRONE AMOS                               CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-4729     SSN XXX-XX-4202

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/06/2008 and was not confirmed.

    The case was dismissed without confirmation 12/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CITIBANK                  SECURED                   .00          .00           .00
CITIBANK                  UNSECURED         NOT FILED            .00           .00
DCFS USA INC              SECURED VEHIC    11900.00             .00        509.90
DCFS USA INC              UNSECURED         2736.76             .00           .00
SAXON MORTGAGE SERVICES   CURRENT MORTG         .00             .00           .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE   33933.91              .00           .00
AMERICAN EXPRESS          UNSECURED           212.55            .00           .00
AMERICAN EXPRESS          UNSECURED            29.00            .00           .00
AMERICAN EXPRESS          UNSECURED         NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           494.99            .00           .00
BANK OF AMERICA           UNSECURED         NOT FILED           .00           .00
BANK OF AMERICA           UNSECURED         NOT FILED           .00           .00
CHASE CC                  UNSECURED         NOT FILED           .00           .00
CHASE BP                  UNSECURED         NOT FILED           .00           .00
LVNV FUNDING              UNSECURED         2297.65             .00           .00
CITIBANK USA              UNSECURED         NOT FILED           .00           .00
CITIBANK NA               UNSECURED         NOT FILED           .00           .00
ECHO                      UNSECURED         NOT FILED           .00           .00
ST JAMES RADIOLOGISTS     UNSECURED         NOT FILED           .00           .00
ST JAMES RADIOLOGISTS     UNSECURED         NOT FILED           .00           .00
ECHO                      UNSECURED         NOT FILED           .00           .00
SUBURBAN EMERGENCY PHYSI  UNSECURED         NOT FILED           .00           .00
MACYS RETAIL HOLDINGS     UNSECURED           552.36            .00           .00
EVANS                     UNSECURED         NOT FILED           .00           .00
EVANS                     UNSECURED         NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED           932.20            .00           .00
GE CONSUMER FINANCE       UNSECURED         5392.49             .00           .00
COLLINS REUBEN DDS        UNSECURED         NOT FILED           .00           .00
RADIOLOGY IMAGING         UNSECURED         NOT FILED           .00           .00
NELNET                    UNSECURED         NOT FILED           .00           .00
NICOR GAS                 UNSECURED         NOT FILED           .00           .00
SALLIE MAE                UNSECURED         NOT FILED           .00           .00
AT&T                      UNSECURED         NOT FILED           .00           .00
TOYOTA MOTOR CREDIT       UNSECURED         NOT FILED           .00           .00
WFNNB/ HARLEM FURNITURE   UNSECURED         NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 26760 DEIDRA AMOS & TYRONE AMOS
```

```
LEXUS FINANCIAL SERVICE    NOTICE ONLY     NOT FILED            .00             .00
SAXON MORTGAGE SERVICES    MORTGAGE NOTI   NOT FILED            .00             .00
CITY OF CHICAGO REVENUE    UNSECURED       NOT FILED            .00             .00
BRINKS HOME SECURITY       UNSECURED       NOT FILED            .00             .00
WORLD FINANCIAL NETWORK    SECURED NOT I    4639.01             .00             .00
CHRYSLER CREDIT CORP       NOTICE ONLY     NOT FILED            .00             .00
ERNESTO D BORGES JR        DEBTOR ATTY          .00                             .00
TOM VAUGHN                 TRUSTEE                                            39.56
DEBTOR REFUND              REFUND                                            345.54

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    895.00

PRIORITY                                               .00
SECURED                                             509.90
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                 39.56
DEBTOR REFUND                                       345.54
                         ---------------      ---------------
TOTALS                     895.00                   895.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/26/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 08 B 26760 DEIDRA AMOS & TYRONE AMOS